**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN 2 4 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:90CV00043 CEJ |
| ) | |
| MARILYN C. WADDLE ) | |
| SSN XXX-XX-9309 ) | |
| 19303 FOUR HILL WAY ) | |
| KIRKSVILLE, MO 63501, ) | |
| ) | |
| Defendant(s), ) | |
| ) | |
| and ) | |
| ) | |
| PREFERRED FAMILY HEALTHCARE, ) | |
| INC. ) | |
| ATTN: PAYROLL OFFICER ) | |
| P.O. BOX 767 ) | |
| KIRKSVILLE, MO 63501, ) | |
| ) | |
| Garnishee. ) | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on January 18, 2007, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant.

On January 4, 2007, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED, ADJUDGED AND DECREED that Garnishee shall make payable to the U.S. Department of Justice the sum of ten percent (10%) of defendant's non-exempt net

disposable wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. A check shall be issued to the U.S. Department of Justice, U.S. Attorney's Office, Financial Litigation Unit, 111 S. 10th Street, Suite 20.333, St. Louis, Missouri 63102, within ten (10) days of the order of this Court.

IT IS FURTHER ORDERED that Garnishee is to serve notice on the U.S. Attorney, Financial Litigation Unit, 111 S. 10th Street, Suite 20.333, St. Louis, Missouri 63102, if the payments pursuant to this Order stop prior to the full satisfaction of the debt to the plaintiff.

Dated: /-24-07

JAMES G. WOODWARD
Clerk, U.S. District Court

By: _____
Deputy Clerk